TIMOTHY J. HURLEY, Claimant, *v.* STATE OF NEW YORK, Defendant. (Motion No. 1994.)

Court of Claims, June 2, 1951.

*Allan L. Gurley* for claimant.

*Nathaniel L. Goldstein, Attorney-General (George R. Davis* of counsel), for defendant.

YOUNG, J. This is a motion for leave to file a claim after the expiration of ninety days from the accrual of the cause of the action and is brought under subdivision 5 of section 10 of the Court of Claims Act.

In the oral argument before the court, claimant alleges a temporary appropriation in November, 1949. If such be the case, the ninety-day limitation is not applicable and claimant has until November, 1951, in which to file a claim. The motion now before the court is unnecessary and hence is dismissed.

Submit order accordingly.